# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | No. C07-3022-MWB |
| TINA HAMMER, | No. C07-3073-MWB |
| Plaintiff-Intervenor, | |
| vs. | **ORDER** |
| GEORGIA-PACIFIC LLC *fka* Georgia-Pacific Corporation, and GEORGIA-PACIFIC GYPSUM LLC *fka* Georgia-Pacific Gypsum Corporation, | |
| Defendant. | |

_____

The defendants have filed an unopposed motion "to clarify Answers due from Defendants and the deadline for filing same." Doc. No. 36. In effect, the defendants are requesting an extension of the deadline provided in Federal Rule of Civil Procedure 15(a)(3), which requires a response to any amended pleading by the later of the response date as to the original pleading, or ten days after service of the amended pleading. In this case, the defendants' Answer to the retaliation Complaint of the plaintiff-intervenor Tina Hammer, Doc. No. 35, currently is due by March 3, 2008. *See* Doc. No. 32. The defendants request an extension of this deadline until twenty days after Ms. Hammer files an anticipated Amended Complaint in Intervention.

The motion is **granted**. The plaintiff-intervenor is ordered to file her Amended Complaint in Intervention **by February 25, 2008**. The defendants' Answers to both the retaliation Complaint and the Complaint in Intervention will be due **by March 17, 2008**.

The defendants also ask the court to order that they are not required to respond "to any other complaint filed by Hammer in this consolidated action[.]" Such an order is unnecessary and that portion of the motion is **denied as moot**. *See In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005) ("It is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect.") (citing *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000)).

**IT IS SO ORDERED.**

**DATED** this 21st day of February, 2008.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT